BUEB v. GERARTY et al.

(City Court of New York, General Term.　March 29, 1899.)

CHATTEL MORTGAGE—FAILURE TO FILE—VALIDITY.

Under Laws 1833, c. 279, § 1, providing that chattel mortgages, to be valid as against the creditors of the mortgagor and subsequent purchasers in good faith, shall be filed in the city or town where the mortgagor resides, a chattel mortgage, given by a firm, which was not filed in the county where one of the partners resided, is void as to third parties.

Appeal from trial term.

Action by Otto J. Bueb against Annie M. Gerarty and another. Judgment for plaintiff, and defendants appeal.　Affirmed.

Argued before McCARTHY, SCHUCHMAN, and OLCOTT, JJ.

Edmond F. Oldman, for appellants.

Edwin F. Stern, for respondent.

McCARTHY, J.　The Connery mortgage was certainly void; it not having been filed in Kings county, where one of the firm resided. This said mortgage was void as against creditors of the mortgagor, and against subsequent purchasers in good faith.　Laws 1833, c. 279, § 1.　See, also, Stewart v. Platt, 101 U. S. 731.　The direction of the trial justice in plaintiff's favor was correct.

Judgment affirmed, with costs.

SCHUCHMAN, J., concurs.